IN THE SUPREME COURT OF TEXAS

 No. 09-0187

 IN RE MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; FIXED INCOME
 SECURITIES, INC. F/K/A FIXED INCOME SECURITIES, L.P.; STERLING RESOURCES,
 INC.; STERLING MANAGEMENT, L.L.C.; SCOTT COLYER; AND LISA COLYER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed March 5, 2009, is
granted. The Order Granting Plaintiff's Amended Motion to Compel, dated
February 12, 2009, in Cause No. 08-02644-F, styled Dennis Marlin v. Fixed
Income Securities, Inc. f/k/a Fixed Income Securities, L.P., Sterling
Resources, Inc., Sterling Management, L.L.C., Merrill Lynch, Pierce Fenner
& Smith, Incorporated, Scott Colyer, and Lisa Colyer, in the 116th District
Court of Dallas County, Texas, is stayed pending further order of this
Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., March 23, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 12, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk